In the Matter of the Application of RICHARD KNIGHT, as General Guardian of NORA KNIGHT and DINAH KNIGHT, Appellant, to Set Aside an Ex Parte Order Dated May 13, 1936, of the Surrogate of Nassau County Entered in the Estate of LEWIS C. LEDYARD, JR., Deceased. UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of LEWIS C. LEDYARD, JR., Deceased, Respondent.—

Motion for reargument of appeal denied, with $10 costs, payable by appellant personally. Motion for leave to appeal to the Court of Appeals denied. The court orders that the motion papers on this application be sealed. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante*, p. 700.]